AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOBBS, Truman M. | USDC (MD AL) | Aug 29, 2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ (Senior Status) | ☐ Nomination Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>12/31/2011 |

**7. Chambers or Office Address**

U S Courthouse
1 Church St., Suite D-300 , Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and officer of charitable foundation (Hobbs Foundation). | |
| 2. I am co-trustee of Trusts 5 and 6.  I have no financial interests | |
| 3. in the trusts. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2012 SEP -4 A 11:07

FINANCIAL DISCLOSURE OFFICE

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | Aug 28, '12 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[XX] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[XX] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[XX] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | Aug 2 3, 2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[XX] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[XX] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BROKERAGE ACCOUNT No. 1 | | | | | | | | | |
| | | | | | | | | | |
| CASH/MONEY ACCOUNTS | | | | | | | | | |
| Cash | A | Int | J | T | | | | | |
| BIF Fund | A | Int | L | T | | | | | |
| ISA Bank of Amer | A | Int | K | T | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| | | | | | | | | | |
| ~~Mtgy Cnty AL Wts~~ 11/1/14 3.65 | A | Int | J | T | | | | | |
| Ala Drnk Wtr Fn 8/15/16 4.80 | C | " | L | " | | | | | |
| Univ AL Revs 10/1/18 4.0 | A | " | K | " | | | | | |
| Un Ala Gen Rev 10/1/19 4.25 | B | " | K | " | | | | | |
| Ala Bldg Renov 9/1/21 4.25 | B | " | K | " | | | | | |
| ~~Enterprise AL Wts~~ 10/1/21 4.25 | B | " | K | " | | | | | |
| Mtgy AL Wts 2/1/23 5.0 | C | " | L | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

XBXXXXXXXX
XXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BROKERAGE ACCT No. 1 - continued | | | | | | | | | |
| MUNICIPAL BONDS - continued: | | | | | | | | | |
| Ala St Pub Sch etc 12/1/23 5.0 | B | Int | K | T | | | | | |
| Daphne AL Wts & Impt 4/1/25 4.5 | A | " | J | T | | | | | |
| Foley Al Pub Facs 9/1/26 5.0 | B | " | K | " | | | | | |
| Smiths AL Wtr-Swr 6/1/28 4.35 | B | " | K | " | | | | | |
| Troy AL Pub EBA 12/1/31 5.0 | C | " | L | " | Buy | 3/3 | L | | |
| Troy AL PUb EBA 12/1/36 5.25 | C | " | L | " | Buy | 3/3 | L | | |
| EQUITIES | | | | | | | | | |
| Barrick Gold Corp | A | Div | K | " | | | | | |
| Berkshire Hath CL A | None | | M | " | | | | | |
| Baxter Interntl | A | Div | K | " | | | | | |
| Colgate Palm | B | " | K | " | | | | | |
| Conoco Phillips | D | " | M | " | | | | | |
| Diageo PLC | B | " | L | " | | | | | |
| Duke Duke Energy | C | " | M | " | | | | | |

1 Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes:              J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
  (See Column C2)           U =Book Value           V =Other                    W =Estimated

# FINANCIAL DISCLOSURE REPORT

xPagex4xofxx

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACOUNT NO. 1 - Equities - continued | | | | | | | | | |
| 2. Intermec Inc | None | | J | T | | | | | |
| 3. Kinder Morgan | D | Div | M | " | | | | | |
| 4. Koninkl Phil E NY | D | " | M | " | | | | | |
| 5. Plum Creek Tbr | B | " | K | " | | | | | |
| 6. Spectra Energy | C | " | L | " | | | | | |
| 7. Weyerhaeuser Co | A | " | J | " | | | | | |
| 8. MUTUAL FUNDS/CLOSED END FUNDS/UIT | | | | | | | | | |
| 9. Blackrock Munivest | E | Div/CG | N | T | | | | | |
| 10. Blackrock Munienhanced | E | " | O | " | | | | | |
| 11. Blackrock Intermed. | C | Div | M | " | | | | | |
| 12. Cohen & Steers REIT | B | " | K | " | | | | | |
| 13. Cohen & Steers Sel | B | " | K | " | | | | | |
| 14. DWS Gold & Prec Mtl | C | D/CG | K | " | | | | | |
| 15. First Eagle | J | " | K | " | | | | | |
| 16. REDEMPTIONS OF BONDS Un Ala Rev | B | Int | | | Redeemed | 10/3 | K | A | |
| 17. Mobile Co AL Brd Sch | B | " | | | " | 3/1 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

Page 4-c

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ⸱BROKERAGE NO. 2 | | | | | | | | | |
| 2. Money market Funds | A | Int. | N | T | | | | | |
| 3. EQUITIES | | | | | | | | | |
| 4. BRKB | None | | L | T | | | | | |
| 5. Chevron Corp | C | Div | M | " | | | | | |
| 6. Exelis Inc | A | " | J | " | | | | | |
| 7. GWW (Grainger) | A | " | K | " | | | | | |
| 8. ITT Corp New | None | | J | " | | | | | |
| 9. Medco Health Sol | None | | K | " | | | | | |
| 10. Pfizer Inc | A | Div | J | " | | | | | |
| 11. St. Jude Medical | A | " | K | " | | | | | |
| 12. Southern Co | C | " | L | " | | | | | |
| 13. WalMart Stores | A | " | K | " | | | | | |
| 14. Walgreen Co | B | " | L | " | | | | | |
| 15. Xylem Inc | A | " | K | " | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

PXXXYXXX
XXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT NO. 3 | | | | | | | | | |
| 2. Gen Gvt Sec. | None | | N | T | | | | | |
| 3. Gen Treas Pri CLB | None | | N | " | | | | | |
| 4. Insured Bank Prog | A | Int | P1 | T | | | | | |
| 5. -Stifel Bank | | | | | | | | | |
| 6. -First Sentry | | | | | | | | | |
| 7. -SunTrust Bk | | | | | | | | | |
| 8. -Amer Express Bk | | | | | | | | | |
| 9. -BBCN Bank | | | | | | | | | |
| 10. -Fremont Bk | | | | | | | | | |
| 11. -NY Comm Bk | | | | | | | | | |
| 12. _Glacier Bk | | | | | | | | | |
| 13. -Citibank NA | | | | | | | | | |
| 14. -C'wealth BK & Tr | | | | | | | | | |
| 15. -Bank of N.C. | | | | | | | | | |
| 16. -Amer Exprss Ctrn | | | | | | | | | |
| 17. | | | | | | | | | |

1 Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                                                    P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
  (See Column C2)           U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

Page 4-E

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BROKERAGE ACCOUNT NO. 3 – ctd | | | | | | | | | |
| EQUITIES | | | | | | | | | |
| AT&T | E | Div | N | T | | | | | |
| Air Prdts | D | " | N | " | | | | | |
| Apple Inc | None | | M | " | | | | | |
| Astrazeneca | C | Div | K | " | | | | | |
| BP | C | " | M | " | | | | | |
| Banco Bilbao Viz | D | " | M | " | | | | | |
| Barrick Gold | C | " | M | " | | | | | |
| Becton Dickinson | B | " | L | " | | | | | |
| Berksh Ha CL A | None | | P1 | " | | | | | |
| """ CL B | None | | K | " | | | | | |
| BHP Billiton | C | Div | M | " | | | | | |
| Br Myers | E | " | P1 | " | | | | | |
| Cameco Corp | B | " | L | " | | | | | |
| Campbell Soup | D | " | M | " | | | | | |
| Canadian Nat Res | A | " | L | " | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BROKERAGE ACCOUNT NO. 3 - ctd - EQUITIES ctd | | | | | | | | | |
| Chevron Corp | D | Div | M | T | | | | | |
| Citigr New | A | " | J | " | | | | | |
| Coca Cola | D | " | P1 | " | | | | | |
| Codexis | None | | J | " | | | | | |
| Col Properties | B | Div | K | " | | | | | |
| ConocoPhillips | E | " | N | " | | | | | |
| Convergys Corp | None | | L | " | | | | | |
| Corning Inc | A | Div | K | " | | | | | |
| Deere | B | " | L | " | | | | | |
| Duke Energy New | B | " | L | " | | | | | |
| Eastman Chem | C | " | M | " | | | | | |
| Energen Corp | B | " | L | " | | | | | |
| Exelis Inc | A | " | J | " | | | | | |
| Exxon Mobil | E | " | O | " | | | | | |
| Freeport McMoran Cpr | B | " | L | " | | | | | |
| Frontier Comm | A | " | J | " | | | | | |

1 Income Gain Codes (See Columns B1 and D4): A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000, F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3): J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000, N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000, P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000

3 Value Method Codes (See Column C2): Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market, U =Book Value, V =Other, W =Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income (1) Amount Code 1 (A-H) | B. Income (2) Type | C. Value (1) Code 2 (J-P) | C. Value (2) Method Code 3 (Q-W) | D. Transactions |
|---|---|---|---|---|---|
| BROKERAGE ACCT NO. 3 ctd – EQUITIES ctd | | | | | |
| GT Advanced Techs | None | | J | T | |
| General Electric | D | Div | M | " | |
| Geron Corp | None | | J | " | |
| Grainger | C | Div | M | T | |
| Hanesbrands | None | | J | T | |
| Hartford Financial | A | Div | J | " | |
| ITT Corp New | A | " | K | " | |
| IBM | D | " | N | " | |
| Johnson & Johnson | E | " | O | " | |
| Meadwestvaco | D | " | M | " | |
| Merck | D | " | M | " | |
| Microsoft | C | " | M | " | |
| Molycorp | None | | K | " | |
| Mosaic Co | A | Div | N | " | |
| Nvidia Corp | None | | K | " | |
| PPG Ind | C | Div | K | " | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

PAGE 4-h

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BROKERAGE ACCT No. 3 - ctd - EQUITIES ctd | | | | | | | | | |
| Pfizer Inc | D | Div | K | T | | | | | |
| Pioneer Nat Res | A | " | M | " | | | | | |
| Potash Corp of Saskatch | A | " | L | " | Bought 12/19 | | | L | |
| Praxair Inc | B | " | M | " | | | | | |
| P & Gamble | C | " | M | " | | | | | |
| Raytheon Co | A | " | J | " | | | | | |
| Republic Services | D | " | M | " | | | | | |
| Roche Hldg | D | " | N | " | | | | | |
| St. Jude Med | D | " | N | " | | | | | |
| Scana Corp | D | " | M | " | | | | | |
| Schlumberger | A | " | L | " | | | | | |
| Senomyx Inc | None | | J | " | | | | | |
| Smucker JM | A | Div | K | " | | | | | |
| Sou Co | C | " | L | " | | | | | |
| Spectra Energy | B | " | K | " | | | | | |
| SunTrust Bk | B | " | K M | " | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

Page 4-i

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT #xxxx3 CTD EQUITIES - ctd | | | | | | | | | |
| 87. Synovus Fin Corp | A | Div | J | T | | | | | |
| 88. Tim Hortons | B | " | K | " | | | | | |
| 89. Total Systems | B | " | L | " | | | | | |
| 90. Trinity Ind | B | " | M | " | | | | | |
| 91. Verizon Comm | D | " | M | " | | | | | |
| 92. Wells Fargo New | C | " | M | " | | | | | |
| 93. Weyerhaeuser | B | " | L | " | | | | | |
| 94. Williams Cos | D | " | M | " | | | | | |
| 95. Xylem | B | " | L | " | | | | | |
| 96. Zimmer Hldgs | B | " | M | " | | | | | |
| 97. ================================== PREFERREDS | | | | | | | | | |
| 98. Bunge Ltd conv pfd | D | Div | M | " | | | | | |
| 99. ================================== MUNICIPAL BONDS | | | | | | | | | |
| 100. Ala Hsng Fin Auth 4.40% | A | Int | J | T | | | | | |
| 101. Jeff Cnty AL Swr RV 5% | B | " | J | " | | | | | |
| 102. AL Drnk Wtr 4.70% | B | " | K | " | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 9/28/12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 3 - ctd MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Madison Cnty AL B/Ed 4.10% | B | Int | K | T | | | | | |
| 88. Madison Cty AL B/Ed 4.30% | B | " | K | " | | | | | |
| 89. | | | | | | | | | |
| 90. Huntsville AL Cap impt 5% | B | " | K | " | | | | | |
| 91. Mtgy AL BMC 5.25% | A | " | J | " | | | | | |
| 92. Vestavia Hills AL Rfdg 5% | B | " | K | " | | | | | |
| 93. Phenix Ci AL Wts 4.40% | C | " | L | " | | | | | |
| 94. Oxford AL Rec Wrts 3.8% | B | " | K | " | | | | | |
| 95. Huntsvi AL Cap Impt 5% | B | " | K | " | | | | | |
| 96. Mtgy AL Tax Wts 4.14% | C | " | L | " | | | | | |
| 97. Decatur AL B/E 4% | B | " | K | " | | | | | |
| 98. Shelby Cnty AL 4% B/E Wts | B | " | K | " | | | | | |
| 99. Auburn Un AL 4% Rev Ath | B | " | K | " | | | | | |
| 100. Robertsdale AL 4.34% Rfdg Wts | B | " | K | " | | | | | |
| 101. Troy AL Wrts 4.40% | B | " | K | " | | | | | |
| 102. Marshall Cnty AL 4% Health Care Auth | B | " | K | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/22/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 3 - ctd MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Mtn Brk AL City 4.18% B/Ed Rfdg | B | Int | K | T | | | | | |
| 88. Florence AL Wts 4.5% | B | " | K | " | | | | | |
| 89. Un AL Gen Rev U/A 4.25% | C | " | L | " | | | | | |
| 90. Homewood AL B/Ed 4.6% | A | " | K | " | | | | | |
| 91. Enterprise AL B/E Wrnts 4.29% | C | " | L | " | | | | | |
| 92. Prattvi AL Econ Dev | B | " | K | " | | | | | |
| 93. Impt Wts 4.18% | | | | | | | | | |
| 94. Fairhope AL Util 4.4% | C | " | L | " | | | | | |
| 95. Ala St Pub Sch Clg Ath 4.3% | C | " | L | " | | | | | |
| 96. Ala St B/Ed Sou Cmnty 4.4% | C | " | L | " | | | | | |
| 97. Northwest Ala Gas 4.5% | C | " | L | " | | | | | |
| 98. Baldwin Cnty AL B/E | | | | | | | | | |
| 99. Outlay Sch Wrnts 5% | B | " | K | " | | | | | |
| 100. Daphne Al Wrnts 4.6% | B | " | K | " | | | | | |
| 101. Warrior River AL Wtr Auth 4.419% | C | " | L | " | | | | | |
| 102. Ala St Pub Sch & Cllg Auth 4.50% | C | " | L | " | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

PAGE 4-L

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT NO. 3 ctd MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Mtgy Cnty AL Pub Bldg Authy Wts 4.65% | B | Int | K | T | | | | | |
| 88. Leeds AL Pub Edl Bldg Athy 4.69% | C | " | K | " | | | | | |
| 89. Southeast Gas Dist Gen Sys 4.32% | C | " | L | " | | | | | |
| 90. Ala Bldg Renovtn B/E 4% | C | " | L | " | | | | | |
| 91. Auburn AL Rfdg Wrnts | C | " | L | " | | | | | |
| 92. 3.93% B/E | | | | | | | | | |
| 93. Mobile Al Pub Ed Bldg Auth 4.5% | C | " | L | " | | | | | |
| 94. Baldwin Cnty AL B/E outlay sch 5% | C | " | L | " | | | | | |
| 95. Elmore Cnty AL Pub | | | | | | | | | |
| 96. Ed B/E 4.5% | B | " | K | " | | | | | |
| 97. Univ/South Ala Univ Rev Rfdg 5% | C | " | L | " | | | | | |
| 98. Baldwin Cnty AL Rfdg Wnts B/E 4.1% | C | " | L | " | | | | | |
| 99. Albertvi AL Wrnts 4.38% | B | " | K | " | | | | | |
| 100. Opp Ala Rfdg Wrnts B/E 4.49% | C | " | L | " | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

PAGE 4-M

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT NO. 3 – continued MUNICIPAL BONDS – ctd | | | | | | | | | |
| 87. Courtland AL Ind Dev | | | | | | | | | |
| 88. Pollutn 5% Un S AL Univ 5% | C C | Int " | L " | T " | | | | | |
| 89. Hamilton AL PBA Wts Hum Res 4.375% | B | " | K | " | | | | | |
| 90. Foley Util Brd 4.86% | D | " | M | " | | | | | |
| 91. Ala St AGM B/E 5% | C | " | L | " | | | | | |
| 92. Decatur AL Cap Imp 4.41% | B | " | K | " | | | | | |
| 93. Al St Pub Sch & Coll Authy 4.54% | D | " | M | " | | | | | |
| 94. Mtgy AL Sch Wrts 4.44% | B | " | K | " | | | | | |
| 95. Hoover AL B/E Cap 4.83% | B | " | K | " | | | | | |
| 96. Uni AL Gen Rev 4.66% | C | " | L | " | | | | | |
| 97. Clarke & MObile Cntys Ala Gas Dist Gas | | | | | | | | | |
| 98. Rev 4.375% | B | " | K | " | | | | | |
| 99. Lee Cnty Al Sch Wrnts 4.85% | A | " | K | " | | | | | |
| 100. Bessemer Al Govtl Utl Svcs Wtr 4.75% | C | " | L | " | | | | | |
| 101. Prattvi AL Wtrwks Brd Wtr Rev 4.25% | C | " | L | " | | | | | |
| 102. Huntsvi AL Pub Bldg Authy 4.50% | C | " | L | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 9/29/12 |

PAGE 4-N

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 3 = ctd MUNICIPAL BONDS ctd | | | | | | | | | |
| 87. Auburn Un Rev Ath B/E 5% | C | Int | L | T | | | | | |
| 88. Elba AL Wts B/E 5.21% | B | " | K | " | | | | | |
| 89. Bham AL Spl CR Fac Chil Hsp 5/75% | D | " | L | " | | | | | |
| 90. Mad Cnty Al B/E 5.125% | D | " | L | " | | | | | |
| 91. Troy AL Pub Edl Bldg Authy 5% | B | " | K | " | | | | | |
| 92. Bham AL Arpt Authy 5.25% | B | " | K | " | | | | | |
| 93. Mobile AL Wtr & Sew Comm 5% | C | " | L | " | | | | | |
| 94. Tuscaloosa AL Wts 4.53% | B | " | K | " | | | | | |
| 95. Phenix Ci AL Sch Wnts 4.6% | B | " | K | " | | | | | |
| 96. Oxford AL Wrnts B/E | B | " | K | " | | | | | |
| 97. Auburn Un Gen Fee Rev B/E 4.89% | C | " | L | " | | | | | |
| 98. Andalusia AL Wts B/E 4.6% | B | " | K | " | | | | | |
| 99. Hoover AL B/Ed 4.75% | C | " | L | " | | | | | |
| 100. Mobile Cnty AL Rfdg Ser B/E 4.85% | C | " | L | " | | | | | |
| 101. Northeast AL Wtr Swr & Fire Protn B/E 4.8% | C | " | L | " | | | | | |
| 102. Bham AL Children's Hosp 6% | D | " | L | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 9/28/12 |

Page 4-O

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE REPORT NO. 3 - ctd MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Gadsden Al Wtr Wks | | | | | | | | | |
| 88. & Swr Brd B/E 4.75% Opelika AL Utils | C | Int | L | T | | | | | |
| 89. Brd Util Rev B/E 5.25% | C | " | K | " | | | | | |
| 90. MUTUAL FUNDS (open-end funds) | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. MFS Ala Mun Bd | | | | | | | | | |
| 93. Fd CL A | D | Div/ Int | M | T | | | | | |
| 94. Putnam Fd Gro & Inc | A | " | L | ● | | | | | |
| 95. MUTUAL FUNDS (Closed-End Funds) | | | | | | | | | |
| 96. China Fund | E | LTCG ~~Div/Int~~ | M | T" | | | | | |
| 97. Templeton Dragon | C | " | M | " | | | | | |
| 98. Tricontinental Corp | C | Div X LTCG | M | " | | | | | |
| 99. Cullman AL BOND 3.6% | A | Int | L | | Redeemed | 5/2 | K | | |
| 100. Huntsvl AL BOND 4.75% Opelika AL Wtrs 5.10% | A B | " " | | | " " | 1/20 10/27 | K K | | |
| 101. Talladega AL BOND 3.45% | B | " | | | " | 11/1 | L | | |
| 102. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT

P~~XXXXXXXX~~
~~XXXXXXXX~~

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCOUNT NO. 4 | | | | | | | | | |
| 87. Cash/Money Accounts | | | | | | | | | |
| 88. Cash | A | Cash | J | T | | | | | |
| 89. ML Bank Deposit Prog | A | Int | N | " | | | | | |
| 90. Preferred Deposit | A | " | M | " | | | | | |
| 91. ISA Bank of America | A | " | M | " | | | | | |
| 92. MUNICIPAL BONDS | | | | | | | | | |
| 93. Hoover AL 4.5% | C | Int | L | T | | | | | |
| 94. Cullman Cnty AL Wtr Rev 3.8% | B | " | L | " | | | | | |
| 95. Huntsvi AL Nat Gas 3.6% | C | " | L | " | | | | | |
| 96. Ala Wtr Pollution | C | " | K | " | | | | | |
| 97. Mtgy AL BMC Spl Cr 5.25% | A | " | D | " | | | | | |
| 98. Ala Mental Hlth 3.4% | B | " | K | " | | | | | |
| 99. Decatur AL Wts 4% | B | " | K | " | | | | | |
| 100. Un AL Univ Rev 4% | B | " | K | " | | | | | |
| 101. Autauga AL Pub Ed 4.125% | B | " | K | " | | | | | |
| 102. Auburn Univ Gen Fee 5% | C | " | L | " | Bought | 9/21 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M | 9/28/12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

PAGE 4-O

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCOUNT No. 4 - ctd — Municipal Bonds - ctd | | | | | | | | | |
| 87. Ala 21st Centy Athy 5.5% | C | Int | K | T | | | | | |
| 88. Ala Agric-Mech Un 5% | B | " | K | " | | | | | |
| 89. Mtgy AL Wts 5% | C | " | L | " | | | | | |
| 90. Decatur AL Cap Impt Wts 4.25% | B | " | L | " | | | | | |
| 91. Ala Pub Hsg Auth 4.45% | B | " | K | " | | | | | |
| 92. Mtgy AL WW-San Swr 5% | C | " | L | " | | | | | |
| 93. Ala St Pub Sch & Coll 5% | B | " | K | " | | | | | |
| 94. Foley AL Pub Facs Coop 5% | B | " | K | " | | | | | |
| 95. Chatom AL IDB Gulf Opp 4% | C | " | L | " | | | | | |
| 96. Smiths AL Wtr-Swr 4.35% | C | " | L | " | | | | | |
| 97. Mobile Cnty AL 4.25% | C | " | L | " | | | | | |
| 98. Jacksonvi AL St Univ 5.125% | C | " | L | " | | | | | |
| 99. Ala SCFFA Mobile Rev | C | " | L | " | | | | | |
| 100. Auburn AL Univ Gen Fee 5% | C | " | L | " | Bought | 4/25 | L | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 M =$100,001 - $250,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

PAGE 4-R

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCOUNT No. 4 – ctd | | | | | | | | | |
| 87. Barrick Gold Corp | B | Div | L | T | | | | | |
| 88. Dun & B'st New | A | " | K | " | | | | | |
| 89. Eli Lilly | C | " | L | " | | | | | |
| 90. Gartner Inc | None | | J | " | | | | | |
| 91. Kinder Morgan En | C | Div | K | " | | | | | |
| 92. Moody's Corp | B | " | Lxx | " | | | | | |
| 93. Newmont Mining | C | " | M | " | | | | | |
| 94. Plum Creek Tbr | C | " | L | " | | | | | |
| 95. Proc & Gamble | B | " | L | " | | | | | |
| 96. Schlumberger | C | " | N | " | | | | | |
| 97. Transocean Ltd | B | " | K | " | | | | | |
| 98. Wells Fargo | A | " | K | " | | | | | |
| 99. MUTUAL FUNDS/CLOSED END FUNDS/UIT | | | | | | | | | |
| 100. Blackrock Muniyield | D | Div | L | T | | | | | |
| 101. B'rock Munienhanced | E | " | N | " | | | | | |
| 102. B'rock Intermed | D | " | N | " | | | | | |
| 103. GDL (The) Fd | C | " | K | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

PAGE 4-S

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCOUNT NO. 5 | | | | | | | | | |
| 87. INSURED BANK PROGRAM | A | Int | N | T | | | | | |
| 88. -Stifel Bk & Tr | | | | | | | | | |
| 89. -Citibank NA | | | | | | | | | |
| 90. -Amer Exp Centurion | | | | | | | | | |
| 91. -SunTrust Bk | | | | | | | | | |
| 92. -Bank of East Asia Ltd | | | | | | | | | |
| 93. EQUITIES | | | | | | | | | |
| 94. B'shire CL B | None | | L | T | | | | | |
| 95. BHP Billiton | B | Div | L | " | | | | | |
| 96. Molycorp | None | | K | " | | | | | |
| 97. MUNICIPAL BONDS | | | | | | | | | |
| 98. Jeff Cnty AL Swr Cap Improv 5% | B | Int | K | T | | | | | |
| 99. Madison Cnty AL Brd Ed 4,3% | B | " | K | " | | | | | |
| 100. Madison Cnty AL B/E 4.6% | B | " | K | " | | | | | |
| 101. Huntsvl Cap Impt Wts 5% | A | " | K | " | | | | | |
| 102. Oxford AL Recr Wts 3.8% | B | " | K | " | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Huntsvi AL Cap Impt | | | | | | | | | |
| 88. 5% | B | Int | K | T | | | | | |
| 89. Auburn Un AL Rev Athl 4% | B | " | K | " | | | | | |
| 90. Troy AL Wrnts NPFG 4.55% | B | " | K | " | | | | | |
| 91. Homewood AL B/E 4.5% | B | " | K | " | | | | | |
| 92. Enterprise AL B/E Wnts 4.29% | C | " | L | " | | | | | |
| 93. Ala St Pub Sch Clg Ath | | | | | | | | | |
| 94. 4.25% | C | " | L | " | | | | | |
| 95. Bham Al Spl CR Fac Ch Hosp 5.75% | D | " | L | " | | | | | |
| 96. Phenix Ci AL Sch Wts 4.6% | B | " | K | " | | | | | |
| 97. Bham AL Spl Cr Fac Ch Hosp 6% | D | " | L | " | | | | | |
| 98. MUTUAL FUNDS - CLOSED END FUNDS | | | | | | | | | |
| 99. Gabelli Eq Tr | A | Div | J | " | | | | | |
| 100. MUNICIPAL BONDS - REDEEMED | | | | | | | | | |
| Cullman AL | A | Int | | | Red | 5/2 | K | | |
| 101. Talladega Cnty AL B/E | B | " | | | " | 5/2 & 11/1 | K | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 9/28/12 |

PAGE 4-U

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 6 (Trust No. 5) | | | | | | | | | |
| 87. | G | D/I | P2 | T | | | | | |
| 88. -Cash/Money Accts | | | | | | | | | |
| 89. -Cash BIF Tax Emp Fund | | | | | | | | | |
| 90. CORPORATE BONDS | | | | | | | | | |
| 91. - NM Gen Mtrs | | | | | | | | | |
| 92. -MUNICIPAL BONDS | | | | | | | | | |
| 93. -Ala Mntl Hlth | | | | | | | | | |
| 94. -Ala Drnk Wtr | | | | | | | | | |
| 95. -Univ AL Univ | | | | | | | | | |
| 96. -Mtgy AL BMC | | | | | | | | | |
| 97. --Bham AL WWKS-SWR | | | | | | | | | |
| 98. -Ala St | | | | | | | | | |
| 99. -Un AL Gen Rev | | | | | | | | | |
| 100. -Jeff Cnty AL Sch | | | | | | | | | |
| 101. -NW Ala Gas Dt | | | | | | | | | |
| 102. -Phenix Ci AL Wts | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/28/07 |

PAGE 4-V

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 6 (Trust No. 5) | | | | | | | | | |
| 87. MUNICIPAL BONDS - ctd | | | | | | | | | |
| 88. -Mobile AL Pub Edl Bldg | | | | | | | | | |
| 89. -Limestone Cnty AL B/E | | | | | | | | | |
| 90. -AL Bldg Reno | | | | | | | | | |
| 91. -Mobile AL Pub Edl Bldg | | | | | | | | | |
| 92. -Morgan Cnty AL B/E | | | | | | | | | |
| 93. -Ala Agric-Mech Un | | | | | | | | | |
| 94. -AL St Pub Sch & Coll | | | | | | | | | |
| 95. Harvst-Monrovia Wtr | | | | | | | | | |
| 96. -AL St Brd Ed | | | | | | | | | |
| 97. -Mtgy AL WW-San Swr | | | | | | | | | |
| 98. -Ala St Pub Sch & Coll | | | | | | | | | |
| 99. -Mtgy CO AL Pub Blg | | | | | | | | | |
| 100. -Foley AL Pub Facs Coop | | | | | | | | | |
| 101. -Enterprise AL Sch Wts | | | | | | | | | |
| 102. -Smiths AL Wtr-Swr AT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 9/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 6 (Trust No. 5) - ctd | | | | | | | | | |
| 87. MUNICIPAL BONDS - ctd | | | | | | | | | |
| 88. - Andalusia AL Wts | | | | | | | | | |
| 89. --Andalusia AL Wts | | | | | | | | | |
| 90. -Andalusia AL Wts | | | | | | | | | |
| 91. -Bham AL & Cap | | | | | | | | | |
| 92. -Jacksonvi AL St Univ | | | | | | | | | |
| 93. -AL SCFFA Mobile Rev | | | | | | | | | |
| 94. EQUITIES | | | | | | | | | |
| 95. -ATT | | | | | | | | | |
| 96. Barrick Gold Corp | | | | | | | | | |
| 97. -BP PLC | | | | | | | | | |
| 98. -Buckeye Partners | | | | | | | | | |
| 99. -Chevron Corp | | | | | | | | | |
| 100. -Eli Lilly | | | | | | | | | |
| 101. -Emerson Elec | | | | | | | | | |
| 102. -Energen Crp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Name of Person Reporting**

HOBBS, Truman M.

**Date of Report**

8/28/12

PAGE 4-X

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 6 (TRUST NO. 5) ctd | | | | | | | | | |
| 87. EQUITIES - ctd | | | | | | | | | |
| 88. -Enterprise Prdts Prtn | | | | | | | | | |
| 89. --Exxon Mobil | | | | | | | | | |
| 90. -Flowers Foods Inc | | | | | | | | | |
| 91. -General Elec | | | | | | | | | |
| 92. -Genon Energy | | | | | | | | | |
| 93. -Halliburton Co | | | | | | | | | |
| 94. -Honeywell Intl | | | | | | | | | |
| 95. --Illinois Tool Wks | | | | | | | | | |
| 96. -IBM | | | | | | | | | |
| 97. -Johnson & Johnson | | | | | | | | | |
| 98. -Kinder Morgan En | | | | | | | | | |
| 99. -Lincoln NTL | | | | | | | | | |
| 100. -McDonalds | | | | | | Bought 4/12 K | | | |
| 101. - Pfizer | | | | | | | | | |
| 102. -Procter & Gamble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 6(TRUST NO. 5) ctd | | | | | | | | | |
| 87. EQUITIES - ctd | | | | | | | | | |
| 88. _Progress Ener | | | | | | | | | |
| 89. -Royal Dutch Shell | | | | | | | | | |
| 90. -Sou Co | | | | | | | | | |
| 91. -Snovus Finl | | | | | | | | | |
| 92. -Total Sys | | | | | | | | | |
| 93. -Travelers Cos | | | | | | | | | |
| 94. -3M Co -VZN | | | | | | | | | |
| 95. -Xcel Energy | | | | | | | | | |
| 96. MUTUAL FUNDS/CLOSED END FUNDS/UIT | | | | | | | | | |
| 97. -Pimco Corp Inc | | | | | | | | | |
| 98. -Pioneer Bond Fd xxxxxxxxxxxxxxxxx | | | | | | | | | |
| 99. -Templeton World Fd | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. BROKERAGE NO. 7 (Trust No. 6-1) | | | | | | | | | |
| 87. | E | D/I | P1 | T | | | | | |
| 88. -CASH/MONEY ACCTS | | | | | | | | | |
| 89. Cash | | | | | | | | | |
| 90. M L Bank Deposit Program | | | | | | | | | |
| 91. -CORPORATE BOND -NM Gen Mtrs | | | | | | | | | |
| 92. -MUNICIPAL BONDS | | | | | | | | | |
| 93. -Uni AL Univ Rev | | | | | | | | | |
| 94. -Mobile Cnty AL Impt | | | | | | | | | |
| 95. -Madison AL Wts | | | | | | | | | |
| 96. -Hoover AL B/E | | | | | | | | | |
| 97. -Enterprise AL Sch Wts | | | | | | | | | |
| 98. -Smiths AL Wtr-Swr | | | | | | | | | |
| 99. -Mobile AL Wtr-Swr | | | | | | | | | |
| 100. -Ala SCFFA Mobile Rev | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

Page Z-2

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 7 (Trust No. xxxx) 6-1 ctd. | | | | | | | | | |
| 87. EQUITIES | | | | | | | | | |
| 88. -Abbott Labs | | | | | | | | | |
| 89. -Altria Group Inc | | | | | | | | | |
| 90. -American Intl | | | | | | | | | |
| 91. -Banco Bilbao Vizcaya | | | | | | | | | |
| 92. Baxter Interntl | | | | | | | | | |
| 93. -Becton Dickinson Co | | | | | | | | | |
| 94. -Buckeye Partners LP | | | | | | | | | |
| 95. -Cardinal Health Inc | | | | | | | | | |
| 96. -Carefusion Corp Shs | | | | | | | | | |
| 97. -Century Link Inc | | | | | Bought | 3/31 | K | | |
| 98. -Cisco Systems | | | | | | | | | |
| 99. -Coca Cola | | | | | | | | | |
| -Colonial Bancgroup | | | | | | | | | |
| 100. -CVS Caremark | | | | | | | | | |
| 101. -DuPont | | | | | | | | | |
| 102. -Duke Energy | | | | | | | | | |
| -Edwards Life Sciences | | | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. BROKERAGE NO. 7 (Trust No. 6-1) ctd | | | | | | | | | |
| 87. EQUITIES - ctd | | | | | | | | | |
| 88. -El Paso Crp | | | | | | | | | |
| 89. --Elan Corp -Enterprise Prdts | | | | | Bought | 10/11 | B | | |
| 90. -Gen Mills | | | | | | | | | |
| 91. -Intel Corp | | | | | | | | | |
| 92. -Johnson & Johnson | | | | | Bought More | 3/31 | L | | |
| 93. -Kellogg Co | | | | | | | | | |
| 94. -Kinder Morgan Energy -Kraft Foods | | | | | | | | | |
| 95. -McDonalds Corp | | | | | Bought | 4/12 | K | | |
| 96. -Medco Health Solutions | | | | | | | | | |
| 97. -Microsoft Corp -Monsanto Co | | | | | Boughr | 12/20 | K | | |
| 98. -Pfizer Inc | | | | | | | | | |
| 99. -Philip Morris Intl | | | | | | | | | |
| 100. -Praxair Inc -Schlumberger | | | | | Bought | 6/16 | J | | |
| 101. Spectra Energy | | | | | | | | | |
| 102. -Suntrust Bks -Transocean Ltd | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 –More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 –More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V –Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. BROKERAGE NO. 7 (Trust No. 6-1) ctd | | | | | | | | | |
| 87. EQUITIES - ctd | | | | | | | | | |
| 88. -Walgreen Co | | | | | | | | | |
| 89. -WTO1 21 American Internatl | | | | | Bought | 1/24 | J | | |
| 90. -3M Co | | | | | | | | | |
| 91. MUTUAL FUNDS/CLOSED END FUNDS/UIT | | | | | | | | | |
| 92. -American Capital | | | | | | | | | |
| 93. -Cohen & Steers REIT | | | | | | | | | |
| 94. -Cohen & Steers Select | | | | | | | | | |
| 95. -DWS Gold & Precious Met | | | | | | | | | |
| 96. -Eaton Vance Tax Man GLB | | | | | | | | | |
| 97. -Templeton Growth | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,001 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 8 (Trust No. 6-2) | | | | | | | | | |
| 87. CASH/MONEY ACCTS | | | | | | | | | |
| 88. -Cash | | | | | | | | | |
| 89. -ML Bank Deposit Program | | | | | | | | | |
| 90. CORPORATE BOND | | | | | | | | | |
| 91. -NM Gen Mtrs Accept | | | | | | | | | |
| 92. MUNICIPAL BONDS | | | | | | | | | |
| 93. -Ala Judicial Bldg | | | | | | | | | |
| 94. -Mobile Cnty AL Impt | | | | | | | | | |
| 95. -Madison Al Wts | | | | | | | | | |
| 96. -Hoover AL Brd Ed Cap | | | | | | | | | |
| 97. -Smiths Al Wtr-Swr | | | | | | | | | |
| 98. -Mobile AL Wtr-Swr | | | | | | | | | |
| 99. -Ala SCFFA Mobile Rev | | | | | | | | | |
| 100. EQUITIES | | | | | | | | | |
| 101. -Abbott Labs | | | | | | | | | |
| 102. - Altria Group | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 8 (Trust No. 6-2) ctd | | | | | | | | | |
| 87.     EQUITIES -ctd | | | | | | | | | |
| 88.    -Amer Intl | | | | | | | | | |
| 89.    -Banco Bilbao Vizcaya | | | | | | | | | |
| 90. -Baxter Intl    -Becton Dickinson | | | | | | | | | |
| 91.    -Buckeye Partners | | | | | | | | | |
| 92.    -Cardinal Health Inc    -Carefusion Corp | | | | | | | | | |
| 93.    -Century Link Inc | | | | | Bought | 3/31 | K | | |
| 94.    -Cisco Systems Inc | | | | | | | | | |
| 95.    -Coca Cola | | | | | | | | | |
| 96.    -Colonial Bancgroup | | | | | | | | | |
| 97.    -CVS Caremark    -DuPont | | | | | | | | | |
| 98.    -Duke Energy    -Edwards Lifesciences | | | | | | | | | |
| 99.    -El Paso Corp    -Elan Corp | | | | | | | | | |
| 100.    -Enterprise Prdts | | | | | | | | | |
| 101.    -General Mills | | | | | | | | | |
| 102.    -Intel Corp | | | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE NO. 8 (Trust No. 6-2) ctd | | | | | | | | | |
| 87. EQUITIES - ctd | | | | | | | | | |
| 88. -Johnson & Johnson | | | | | | | | | |
| 89. -Kellogg Co | | | | | | | | | |
| -Kinder Morgan Energy | | | | | | | | | |
| 90. -Kraft Foods | | | | | | | | | |
| 91. -McDonalds Corp | | | | | Bought | 4/12 | K | | |
| -Medco Health | | | | | | | | | |
| 92. -MIcrosoft Corp | | | | | Bought | 12/10 | K | | |
| 93. -Monsanto Co | | | | | | | | | |
| 94. -Pfizer | | | | | | | | | |
| -Philip Morris | | | | | | | | | |
| 95. -Praxair Inc | | | | | Bought | 6/16 | J | | |
| 96. -Schlumberger | | | | | | | | | |
| -Spectra Energy | | | | | | | | | |
| 97. -Suntrust Bks | | | | | | | | | |
| -Transocean Ltd | | | | | | | | | |
| 98. -Walgreen | | | | | | | | | |
| 99. -WTO1 21 Amer Intl | | | | | | | | | |
| 100. -3M Co | | | | | | | | | |
| 101. MUTUAL FUNDS/CLOSED END FUNDS/UIT | | | | | | | | | |
| 102. -American Capital | | | | | | | | | |

1 Income Gain Codes
(See Columns B1 and D4)
2 Value Codes
(See Columns C1 and D3)
Value Method Codes
(Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## II. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| REAL ESTATE | | | | | | | | | |
| -Yates Lake Land | | | | | | | | | |
| unimpro land in Elmore Cnty, AL | | | | | | | | | |
| Purchased in 1969, 1976, swapped | | | | | | | | | |
| other land in 1998 for total | | | | | | | | | |
| interest of 33 percent - purchase | | | | | | | | | |
| price less than $200,000 | | | | | | | | | |
| C P/S M R CG dist | C | P/S | M | R | | | | | |
| -Waugh Farm | | | | | | | | | |
| Waugh AL (Mtgy Cty, AL) purchased in 1978 for | | | | | | | | | |
| less than $200,000 - 45 percent interest | | | | | | | | | |
| A P/S L R | A | P/S | L | R | | | | | |

Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |
| | Page Z-8 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE 8 (Trust No. 6-2) ctd | | | | | | | | | |
| 2. -Cohen & Steers REIT | | | | | | | | | |
| 3. -Cohen & Steers Select | | | | | | | | | |
| 4. -DWS Gold & Precious Met | | | | | | | | | |
| 5. -Eaton Vance Tax Man | | | | | | | | | |
| 6. -Templeton Growth | | | | | | | | | |
| 7. ======== | | | | | | | | | |
| 8. BROKERAGE NO. 9 (IRA # 1) | | | | | | | | | |
| 9. CASH MONEY ACCOUNTS | C | D/I | N | T | | | | | |
| 10. -Cash & FIA Card Services | | | | | | | | | |
| 11. EQUITIES | | | | | | | | | |
| 12. -Berkshire Hathaway CL A | | | | | | | | | |
| 13. -Progress Energy | | | | | | | | | |
| 14. 3M Company | | | | | | | | | |
| 15. --Cohen & Steers Select | | | | | | | | | |
| 16. -First Eagle | | | | | | | | | |
| 17. -Thornburg Int. | | | | | | | | | |

=========================

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 8/28/12 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544